David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
SUZANNE MARTINEZ

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| SUZANNE MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AIG DIRECT INSURANCE SERVICES, INC.,<br><br>　　　　Defendant(s). | Case No.:  **2:16-cv-02803-JAD-GWF**<br><br>**NOTICE OF SETTLEMENT BETWEEN SUZANNE MARTINEZ AND <u>AIG DIRECT INSURANCE SERVICES, INC.</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between SUZANNE MARTINEZ ("Plaintiff") and Defendant AIG DIRECT INSURANCE SERVICES, INC. ("AIG DIRECT") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against AIG DIRECT, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to AIG DIRECT be

vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to AIG DIRECT.

Dated:  February 15, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*SUZANNE MARTINEZ*