David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, SUZANNE MARTINEZ*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SUZANNE MARTINEZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AIG DIRECT INSURANCE SERVICES, INC.,<br><br>　　　　　　Defendant. | Case No. 2:16-cv-02803-JAD-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>ECF No. 14 |

　　　Plaintiff SUZANNE MARTINEZ and Defendant AIG DIRECT INSURANCE SERVICES, INC. hereby stipulate and agree that the above-entitled action shall be

…
…
…
…
…
…
…
…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, and costs of suit.

Dated: April 10, 2017

| | |
|---|---|
| By:<br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br>/s/ William B. Thomas, Esq.<br>William B. Thomas, Esq.<br>Edison, McDowell & Hetherington LLP<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002<br>*Attorney for Defendant AIG DIRECT INSURANCE SERVICES, INC.* |

## ORDER

Based on the parties' stipulation [14] and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is dismissed, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer Dorsey, U.S. District Judge
April 10, 2017